NEW-YORK,
May, 1829.

Wooster
v.
Burr.

WOOSTER *vs.* BURR.

MOTION to set aside a nonsuit. The action was assump- A plaintiff has
sit; the defendant gave notice of set off, the suit was tried, the right to
submit to a
the jury came into court prepared to certify a balance in fa- nonsuit on the
vor of the defendant, the plaintiff did not appear, and a jury, although
nonsuit was entered. The defendant moved to set the same the jury are
prepared to
aside, and for a rule that he have leave to notice the cause certify a bal-
ance in favor
for trial by proviso, or that the court express their opinion of the defend-
that the verdict ought to have been received as a direction ant in an ac-
tion of assump-
upon a future trial. sit, where a no-
tice of set off
has been giv-
*D. B. Tallmadge,* for defendant. The statute allowing set en.
offs, (1 *R. L.* 515, 16,) is imperative, that if it appears that
the plaintiff is overpaid, the jury shall find a verdict for the
defendant, and certify to the court the amount, &c. and the
sum so certified shall be recorded, and the defendant have
execution. After a plea of tender, there cannot be a non-
suit. (1 *Camp. N. P.* 327. 2 *H. Bl.* 377.) None but the
defendant can demand the plaintiff. (1 *Str.* 267.) In Mas-
sachusetts, it has been decided, (16 *Mass. R.* 317,) that af-
ter a cause is opened to the jury, either party may insist on a
verdict.

*Walker,* contra. At common law, the plaintiff always had
the right to submit to a nonsuit, and the statute has not ta-
ken away that right. Great injustice might be done had
the plaintiff not that power. The practice of the New-
England courts in this particular does not prevail here. Was
the nonsuit set aside, the plaintiff could not be compelled to
proceed to trial.

*By the Court,* SAVAGE, C. J. There is nothing in the
statute which changes the rights of the parties. The statute
directs that the sum certified shall be recorded, but the ver-
dict of a jury can be received only by the assent of the plain-
tiff; and when no verdict is pronounced, no sum is certified.
Where a verdict was received without the assent of the plain-

tiff, it was set aside, (1 *Wendell*, 36;) and the court there held that it is the right of a plaintiff to submit to a nonsuit. The plea of tender is not analogous to a notice of set off; the former admits the debt, the latter not.

Motion denied, with costs.